**Mary L. Quinn, Plaintiff-Appellant, v. Hazel Cashel, Defendant-Appellee.**

**Gen. No. 51,523.**

First District, Third Division.

December 8, 1966.

Daniel A. Costigan, of Chicago (James B. Martin, of counsel), for appellant; Michael J. Hennessy, A. E. Peterson and Lawrence Sulzbacher, of Chicago, for appellee. Opinion by JUSTICE SCHWARTZ. **Not to be published in full.**